### THE RISING SUN AND HARTFORD TURNPIKE COMPANY *v.* GREGG.

From the Dearborn Circuit Court.

*S. R. Downey, D. T. Downey,* and *J. K. Thompson,* for appellant.

*R. Gregg, J. W. Gordon, T. M. Browne,* and *R. N. Lamb,* for appellee.

OSBORN, J.—The questions in this case are substantially the same as in *The Rising Sun and Hartford Turnpike Company* v. *Hamilton, ante,* p. 382.   On the authority of that case, the judgment must be reversed.

The judgment of the said Dearborn Circuit Court is reversed, with costs.   The cause is remanded, with instructions to said court to overrule said demurrer, and for further proceedings in accordance with this opinion.

DOWNEY, C. J., was absent.

———•———

### THE RISING SUN AND HARTFORD TURNPIKE COMPANY *v.* McCARDLE ET AL.

From the Dearborn Circuit Court.

*J. K. Thompson, S. R. Downey,* and *D. T. Downey,* for appellant.

OSBORN, J.—The questions in this case are substantially the same as in *The Rising Sun and Hartford Turnpike Company* v. *Hamilton, ante,* p. 382. On the authority of that case, the judgment must be reversed.

The judgment of the said Dearborn Circuit Court is reversed, with costs.   The cause is remanded, with instructions to said court to overrule said demurrer, and for further proceedings in accordance with this opinion.

DOWNEY, C. J., was absent.